UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RENATE M. BENHAM,**

    **Plaintiff,**

    v.                                    CA NO. 03-1127 (HHK/JMF)

**CONDOLEEZA RICE,**

    **Defendant.**

### ORDER

In accordance with the accompanying Memorandum Opinion, the following is, hereby,

**ORDERED**:

1. Plaintiff's Motion to Strike Defendant's Defenses for Failure to Provide Discovery, to Compel Defendant's Responsive Answers to Plaintiff's Discovery Demands, and to Extend Plaintiff's Discovery Period, and to Bar Witnesses Not Named in Defendant's 26(a) Discovery and Points and Authorities Thereof [#43] is **GRANTED** in part and **DENIED** in part.

2. Plaintiff's Motion to Stay Deposition and Points and Authorities Thereof [#47] is **DENIED** as moot.

3. Defendants' Memorandum of Points and Authorities in Support of Motion for Independent Medical Examination and to Compel Production of Healthcare Records [#53] is **GRANTED.**

4. Plaintiff's Motion to Compel Production of Privilege Logs and to Compel Production of Documents for In Camera Inspection and Points and Authorities Thereof [#57] is **DENIED** as moot.

5. Plaintiff's Opposition to Motion for Independent Medical Examination and Plaintiff's Motion for a Protective Order [#60] is **DENIED**.

6. Plaintiff's Motion to Amend Claims Relating to Physical and Emotional Harm [#61] is **GRANTED** nunc pro tunc.

7. Defendant's Motion to Strike, Or, In the Alternative, Reply in Support of Motion for An Independent Medical Examination [#64] is **DENIED** as moot.

8. Defendant's Motion for Protective Order [#73] is **DENIED** without prejudice.

9. Plaintiff's Motion for Sanctions and Reply to: Defendant's Response to Order to Submit Document for In-Camera Inspection and Defendant's Motion for a Protective Order [#75] is **DENIED**.

**SO ORDERED.**

                                        JOHN M. FACCIOLA
                                      UNITED STATES MAGISTRATE JUDGE

Dated: